EDWARD H. KUBO, JR.     #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON       #4532
Assistant U.S. Attorney

WES REBER PORTER
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850
telephone:      541-2850
facsimile:      541-2958
e-mail:         wes.porter@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 07 2003

at __ o'clock and __ min. __M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR NO. CR03 00224 HG |
| Plaintiff, | **INDICTMENT** |
| vs. | [18 U.S.C. § 922(g)(3)] |
| JOHN CORMAC RODDY, | |
| Defendant. | |

### I N D I C T M E N T
(18 U.S.C. § 922(g)(3))

The Grand Jury charges that:

On or about April 23, 2003, in the District of Hawaii, defendant JOHN CORMAC RODDY, then being an unlawful user of a controlled substance as defined in Title 21, United States Code, Section 802, did knowingly possess in and affecting commerce a

firearm, to wit: Winchester, Model 77, .22 caliber semiautomatic rifle bearing Serial Number 151056.

All in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

DATED: May 7, 2003 at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, Grand Jury

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD G. JOHNSON
Assistant U.S. Attorney

_____
WES REBER PORTER
Assistant U.S. Attorney

<u>United States v. JOHN CORMAC RODDY</u>
Cr. No.
"INDICTMENT"